DOROTHY M. WEBER
SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
Telephone: (212) 245-4580
Facsimile: (212) 956-6471

*Attorneys for Lisa Simone Kelly,*
*Duly Appointed Administrator for*
*The Estate of Nina Simone*



F I L E D

DEC 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

LISA SIMONE KELLY, duly appointed
administrator of the Estate of Nina
Simone,

    *Plaintiff,*

    vs.

WALLY ROKER, an individual, and
d/b/a ICU ENT. DIST.; d/b/a WALLY
ROKER MUSIC; ANDY STROUD, INC.;
and ANDREW B. STROUD.

    *Defendants,*

CV 11 5822

CIVIL NO. _____

**COMPLAINT**

## THE PARTIES, JURISDICTION AND VENUE

1.    Plaintiff, Lisa Simone Kelly, the duly appointed administrator of the Estate of Nina Simone ("Kelly"), is an individual who resides in Florida.

2.    Wally Roker is a natural person and a citizen and resident of the State of California.

3.    ICU Ent Dist. ("ICU") is, upon information and belief, a business designee owned, operated and controlled by Wally Roker, located at 15925 Victory Blvd. #104, Van Nuys, California 91406, and through which Wally Roker conducts his various business enterprises.  Upon information and belief, Wally Roker is the dominant force behind the acts complained of herein; he owns and controls the activities of Defendant ICU, and profits from them.

4.    Wally Roker Music ("WRM") is, upon information and belief, a business designee owned, operated and controlled by Wally Roker, and through which Wally Roker conducts his various business enterprises and is located in California. Upon information and belief, Wally Roker is the dominant force behind the acts complained of herein; he owns and controls the activities of Defendant WRR and profits from them.

5.    Defendants Wally Roker, ICU and WRM shall be collectively hereinafter be referred to as "Roker."

6.    Andrew B. Stroud ("Stroud") is a natural person and a citizen and resident of the State of New York.

7.    Andy Stroud, Inc. ("ASI") is a corporation organized under the laws of the State of New York which, upon information and belief, is owned, operated and controlled by Stroud, and through which Stroud conducts his various business enterprises. Upon information and belief, Stroud is the dominant force behind the acts complained of herein; and Stroud owns and controls the activities of Defendant ASI and profit from them.

8.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332. The property in controversy exceeds $75,000.00 in value, exclusive of interest and costs.

9.      Pursuant to the Rule 3-12 of the Local Civil Rules for the United States District Court for the Northern District of California, this action is related to *Brown v. Stroud*, Cv. 08-2348 (JSW) (the "Stroud Action") in that (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

10.     Venue is proper in the Northern District of California pursuant to 28 U.S.C. § 1391. The parties all transact business in this judicial district and a substantial part of the events or omissions giving rise to the claim occurred here, upon information and belief.

## NATURE OF THIS ACTION AND
## ITS EXIGENT CIRCUMSTANCES

### A.    The Fraudulent Transfers
### of the Nina Simone Masters and Materials

11.     This lawsuit arises from the fraudulent conveyance(s), disposal and/or spoliation of the actual *res* of Stroud Action – the very same Nina Simone Materials and the Nina Simone Recordings (as defined in the related Stroud Action and herein below referred to as "NSM") which are the subject of that separate, ongoing litigation.

12.     The Nina Simone Materials ("NSM"), as claimed by the Plaintiff,

encompass not only Simone's intimate, personal, unpublished diaries, but also other personal property which belonged to Nina Simone during her lifetime and should have passed to her Estate subsequent to her death, which may include the Master Recordings in Roker's possession. The NSM encompass a much broader universe than the claims of Sony and Brown in the Nina Simone Recordings.

13.     On September 21, 2005 Roker, acting as an expert engaged by Stroud, appraised the NSM as having a present fair market value of $155,625,000.00 Stroud and Roker both believed that was the fair market value of the NSM as of that date.

14.     Plaintiff herein was made aware by Stroud's counsel, Melissa Newel of the law firm of Methven & Associates ("Newel") on October 17, 2011, that all of the NSM in Stroud's possession custody and control had been "sold" to a third party: Roker. A copy of the "Music and Artifact Agreement" dated October 1, 2011 is annexed hereto as Exhibit A (the "MAA").

15.     It is the rights to these NSM which have been the subject matter of the Stroud Action – and about which numerous parties have been involved in costly litigation for the past almost four (4) years.

16.     Newel has further advised that, notwithstanding the "terms" of the purported agreement between Roker and ASI, no consideration whatsoever was paid in exchange for the NSM which are now in a Roker's possession.

17.     This sudden "disposal" of property comes on the heels of an ongoing shell game manipulated by Stroud in order to move these assets – presumably his

most valuable asset – first between and among himself and his various shell companies, and now to a third party: Roker.

18.     Upon information and belief, Stroud's initial "transfer" of the NSM to ASI was fraudulent. Stroud has exercised such dominion and control over ASI that ASI has no separate will of its own. Stroud used his dominion and control of ASI to effect the fraudulent transfers of these valuable assets between them in order to frustrate Plaintiff, a future judgment creditor.

19.     This Court has already determined in the Stroud Action that a viable cause of action has been asserted against Stroud that his possession of any and all NSM was the direct result of his wrongfully conversion of those items.

20.     At Stroud's direction, ASI's "sale" of the NSM to Roker was done with the specific intent to once again defraud the Estate – a probable judgment creditor – and to further deplete any and all assets which the Estate would be able to attach thus rendering himself judgment-proof.

21.     In fact, on November 21, 2011 Stroud declared, under oath, that he was aware that Mr. Roker did not have the funds, was and is in the process of seeking "financing" to pay for the NSM, but Stroud caused ASI to transfer the material to him anyway.

**B.     Estate's Efforts to Contact Roker**

22.     For the period October 25, 2011 to November 28, 2011, the Estate made numerous attempts in writing and by phone messages to Roker in an effort to

ascertain the location, integrity and condition of the NSM and in order to discuss the terms of a standstill agreement in order to preserve the NSM.

23. Roker and ICU were served with subpoenas *duces tecum* on November 7, 2011. Notwithstanding that the date for production of documents and appearance for depositions was November 16, 2011, on November 14th, Roker sent an email stating that he would not be available for the date set for this deposition but he failed to (1) give alternative dates or (2) to provide any documents.

24. Numerous attempts by phone and in writing subsequent to Mr. Roker's November 14th email have gone unanswered. To date, Mr. Roker has refused to return calls or respond to written communications.

25. It is undisputed that Roker and Stroud have had a relationship for forty-seven (47) years. On information and belief, based upon his past relationship with Stroud and Stroud's New York counsel, and because of the express disclosures of the dispute over the NSM referenced in paragraph 3 of the MAA, Roker had actual knowledge of the Estate's claims to the NSM before he took possession thereof. Their relationship is clearly not arms' length.

26. Finally, on its face, the MAA is void for complete failure of consideration. Roker is not a transferee who took possession of the NSM in good faith or for a reasonably equivalent value – in fact he took it in exchange for no value. As a matter of law this transaction was not *bona fide*.

## **BACKGROUND FACTS**

### A.    **The Nina Simone Masters and Materials**

27.    Nina Simone - the "High Priestess of Soul" – recorded dozens of albums and sang countless classics: "To be Young, Gifted and Black," "I Put a Spell on You," "Don't Let Me be Misunderstood," and "Ne Me Quitte Pas" (from Jacque Brel).

28.    She was not only a legendary performer but a seminal figure in the civil rights and women's movements. Her music and message made a vivid and lasting impact on generations of musicians including John Lennon, Aretha Franklin and Patti LaBelle.

29.    Nina Simone's legacy is comprised not only of her music, but a lifetime of personal writings, diaries, letters, photographs, personal effects, movies, videos and other performances. It is this legacy she left behind after her untimely death at the age of 70 in 2003, and it is the legacy now championed by her daughter, the Plaintiff herein, Lisa Simone Kelly on behalf of her estate.

30.    It is the recordings of Nina Simone (the "Nina Simone Masters") and the personal effects including, but not limited to  her writings, diaries, letters, photographs, personal effects, movies, videos and other performances (the "Nina Simone Materials"), which are the subjects of this litigation and the Stroud Action – and this action as well.

**B.  The Stroud Action**

31.    Andrew B. Stroud was married to Nina Simone for nine (9) years, during which period of time - and at times thereafter - he also served as her manager, agent and producer. Stroud and Simone had one child together: Plaintiff herein, Lisa Simone Kelly ("Kelly").

32.    The Stroud Action was commenced on or about May 7, 2008. The Plaintiff therein, Steven A. Brown served a complaint (Dkt. No. 1) on Andrew B. Stroud ("Stroud") – and his business entity Stroud Productions & Enterprises, Inc. ("SPE") in which he asserted various claims in connection with the ownership rights – including copyrights – in certain sound recordings of the late Nina Simone (the "Nina Simone Masters").

33.    On July 22, 2009, Stroud and SPE filed counterclaims, naming the Estate of Nina Simone (the "Estate") as a counterclaim-defendant. (Dkt. No. 72), and asserted various claims against the Estate including, but not limited to, copyright infringement of the same Nina Simone Masters.

34.    In or about July of 2010, Kelly became aware of an Article published entitled "The Secret Diary of Nina Simone"(the "Article"), in which Stroud revealed that he possessed a *"cache"* of materials including, but not limited to, diaries, writings and photographs belonging to the late Nina Simone (the "Nina Simone Materials").

35.    On July 12, 2010, the Estate filed counterclaims against Stroud in which it also sought a declaratory judgment as to the right in and to the Nina

Simone Masters and the Nina Simone Materials, and additionally stated claims for, *inter alia*, conversion, replevin and an accounting with respect to the Nina Simone Materials.

36.     On August 10, 2011 this Court denied Stroud's motion to dismiss those claims on statute of limitations grounds, finding, in pertinent part:

> It is undisputed that Stroud is Kelly's father, and the Estate alleges that after [Nina] Simone's death, he advised Kelly in her efforts as Administrator of the Estate. On these facts, the Court concludes that the Estate has alleged facts demonstrating fiduciary duty...The Estate also alleges that prior to 2008, Stroud never disclosed to Kelly that he has these materials in his possession, and ...he failed to make a full and fair disclosure of the other materials in his possession....

Order of Judge Jeffrey S. White dated August 10, 2011, p 5 (Dkt. No. 309) (citations omitted).

37.     Finally, and most recently, on October 3, 2011, the Court dismissed *with prejudice* all of Stroud's claims against the Estate. Dkt. No. 337. Therein, this Court addressed the very essence of Stroud's "shell game" amongst himself and his various entities:

> Through their amendments, [Stroud and SPE] have now made it clear that they contend it is [Andy Stroud, Inc.], not Stroud or SPE, that owns the rights to the disputed materials...in light of the duration and scope of this and the other litigation between the parties regarding the ownership rights over the disputed recordings and the number of times [Stroud and SPE] have amended their claims and switched between them as to who is asserting ownership rights, the Court agrees that dismissal with prejudice is warranted....
>
> In light of Stroud's knowledge of his own companies (see *Andy Stroud, Inc.*, 2009 WL 539863, *10 (noting that ASI and SPE, while it was in existence, were wholly owned companies of Stroud), and the fact that Stroud and his attorneys actually filed a lawsuit *three years ago* by ASI regarding the same

1     disputed recordings, the Court finds that the failure to name ASI sooner in
    this action was not an "understandable mistake."

2

3 Order of Judge Jeffrey S. White dated October 3, 2011, p. 4 and 6 (Dkt. No. 337)

4 (emphasis *not* added).

5 ## FIRST CLAIM FOR RELIEF

6 ### Federal Declaratory Judgment Act 28 U.S.C. §§ 2201, 2202

7 ### Declaratory Judgment Against Roker and ASI
8 ### "Agreement" to Purchase NSM is Void *ab initio*

9
    38.    Plaintiff incorporates by reference the preceding paragraphs of the
10

11 Complaint as if fully set forth herein.

12     39.    The rights in the NSM belonged to solely and exclusively to Nina

13 Simone.[1] Subsequent to her death, the Plaintiff is and always has been the rightful

14 owner of the copyrights and other intellectual property rights, including, but not

15 limited to, rights of publicity and privacy to the Simone Materials and the owner of

16
the physical objects in which such intellectual property is embodied.
17

18     40.    Nevertheless, Stroud has publicly disseminated, and now putatively

19 sold, the NSM, and has usurped the copyright (both common law and federal) and

20 other intellectual property rights to the NSM, and transferred possession of them to

21 Roker.

22     41.    No amount of consideration was paid by Roker for the NSM.

23
    42.    It is likely that Roker is in possession of the NSM and other
24

25 ----
[1] While the Nina Simone Materials may encompass rights in and to the masters,
26 which are owned by Sony, those rights are also in dispute among the other parties
to the Stroud Action.

Complaint - 10

photographs, letters, recordings, videotapes or depictions of or including Nina Simone, and there is an imminent threat that he will attempt to publish and claim the copyright to those items, the copyright to which properly belongs to the Plaintiff.

43.     By reason of the foregoing, an actual and justifiable controversy has arisen and now exists between the Plaintiff, Roker and ASI concerning their respective rights in the Simone Materials and Masters, and any and all other photographs, recordings, videotapes or depictions of or including Nina Simone that are now within Roker's ownership or control.

44.     A declaration is necessary at this time so *status quo ante* can be restored with respect to the NSM which are the subject of the Stroud Action and are now improperly in the possession of Roker.

45.     Plaintiff will be irreparably harmed unless this Court determines the rights of the parties.

46.     Plaintiff desires a judicial determination and declaration that:

        a.      The "Music and Artifact Agreement" dated October 1, 2011 between Roker and ASI was a sham transaction made for no consideration and is void *ab initio;*

        b.      The "Music and Artifact Agreement" dated October 1, 2011 is rescinded; and

        c.      Roker has no rights to the NSM which are the subject of the Stroud Action.

1    47.    Plaintiff has no adequate remedy at law and will suffer irreparable

2  harm if the actions of Roker, ASI and Stroud are all allowed to continue in their

3  course of action.

4                            **SECOND CLAIM FOR RELIEF**

5          **Fraudulent Transfer- Violation of Cal. Civ. Code §3439.04**
6                        **Against ASI, Stroud and Roker**

7

8    48.    Plaintiff incorporates by reference the preceding paragraphs of the

9  Complaint as if fully set forth herein.

10   49.    The conveyances at issue: (1) the conveyance of all Nina Simone

11  Materials and Masters from Stroud to ASI; and (2) the conveyance of all Nina

12
Simone Masters from ASI to Roker were both done in violation of Cal. Civ. Code
13
§3439.04.
14

15   50.    The conveyances of the Nina Simone Masters and Materials were

16  made with the actual intent to hinder, delay or defraud Plaintiff, was made without

17  receiving a reasonably equivalent value in exchange for the transfer or obligation,

18
and  Stroud and ASI were engaged in a business or a transaction for which Stroud's
19
remaining assets and were unreasonably small in relation to the business or
20

21  transaction _and_ were intended to incur debts beyond his ability to pay as they

22  became due.

23   51.    The foregoing was done with actual intent as Stroud caused ASI (1) to

24  make the transfers to an insider, (2) concealed the transfers, (3) had been sued

25
before the transfer was made or obligation was incurred, (4) executed the transfers
26

1  for substantially all his assets to ASI and then cause ASI to transfer them to Roker,

2  (5) removed or concealed assets, (6) received no value or consideration – much less

3  value or consideration which was reasonably equivalent to the value of the assets

4  transferred or the amount of the obligation incurred, (7) is, upon information and

5  belief insolvent or became insolvent shortly after transfers were made or the

6
7  obligation was incurred, (8) executed the transfers occurred shortly after all of his

8  claims in the *Stroud Action* were dismissed without prejudice and it became clear

9  that a substantial debt was going to be incurred in connection with the defense of

10 the *Stroud Action* and no hope of any recovery to him.

11     52.     Roker, the transferee, was not a person who took in good faith or for a

12 reasonably equivalent value.

13
14     53.     Defendants actions are fraudulent within the meaning of Cal. Civ.

15 Code §3439.04.

16     54.     Plaintiff, as a future judgment creditor, in addition to other relief, is

17 entitled to reasonable attorney's fees pursuant to Cal. Civ. Code §3439.04 since

18 Plaintiff's claim arose before the transfer was made or the obligation was incurred.

19
20                    **THIRD CLAIM FOR RELIEF**

21        **Misappropriation and Conversion Against Roker and ASI**

22
23     55.     Plaintiff incorporates by reference the preceding paragraphs of the

24 Complaint as if fully set forth herein.

25     56.     Roker, ASI, and Stroud through fraud and deception,

26

deprived Plaintiff of the possession of property in which Plaintiff claims legitimate right and title and which is presently the subject of the Stroud Action, thereby misappropriating and converting Plaintiffs property to his own use and benefit.

57. At all times herein Plaintiff, at a minimum, possessed the rights of ownership and title in and to the NSM which are superior to any rights of ASI and Roker and, accordingly, is lawfully entitled to immediate possession thereof.

58. All of these parties were on actual notice of the Plaintiffs claims of both ownership of the physical materials (which are unique, irreplaceable personal items) and the copyrights therein belonging to the late Nina Simone. All are aware that the Estate claims ownership in all copyrights, both common law and statutory.

59. Defendants' unlawful exercise of dominion and control over this invaluable property constitutes a conversion or wrongful misappropriation which has caused injury to Plaintiff. As a direct result of the foregoing, Plaintiff has been damaged in an amount which is not known at this time, but which will be proven at trial.

60. The conduct of the defendants' have deprived the Plaintiff of her ability to copy these materials in order to register them for copyright protection.

61. The actions of the Defendants described above were done maliciously and with the intent to harm Plaintiff, entitling Plaintiff to additional punitive damages in an amount to be determined by the Court, including costs, attorneys fees and interest as permitted by law.

## FOURTH CLAIM FOR RELIEF

## Accounting Against Roker and ASI

62.    Plaintiff incorporates by reference the preceding paragraphs of the Complaint as if fully set forth herein.

63.    Due to the Defendants wrongful conduct described herein, the Estate is entitled to an accounting of any and all proceeds of any of the Defendants relating to their activity in connection with their efforts to sell and distribute the Simone Materials and Masters including, but not limited to an accounting of (a) any and all assets ostensibly owned or in the possession, custody or control of the Defendants of or relating to Nina Simone, (b) all transactions, acquisitions or transfers by the Defendants of or relating to Nina Simone; and (c) all deposits into and transfers out of any bank account maintained by the Defendants.

64.    Upon such accounting, the Plaintiff is entitled to any and all assets of or relating to Nina Simone, ostensibly owned or in the possession, custody or control of the Defendants.

65.    The Plaintiff has no adequate remedy at law.

**WHEREFORE**, the Plaintiff demands judgment against defendants, jointly and severally, as follows:

I.    On the First Claim for Relief, Plaintiff respectfully requests a judicial determination and declaration that:

a.  The "Music and Artifact Agreement" dated October 1, 2011 between Roker and ASI was a sham transaction made for no consideration and is void *ab initio;*

b.  The "Music and Artifact Agreement" dated October 1, 2011 is rescinded; and

c.  Defendants ASI and Roker have no rights to the NSM which were the subject of the MAA and which are the subject of the Stroud Action.

II.  On the Second Claim for Relief, Plaintiff respectfully requests an order:

a.  restraining and enjoining Stroud, ASI and Roker from any further disposition, sale, transfer, lease, license or encumbrance affecting the NSM, or any interest therein; that the Plaintiff be awarded judgment for possession of the items of personal property identified as the NSM and any proceeds therefrom; and that all court costs be taxed to Roker, Stroud and ASI, jointly and severally;

b.  for compensatory damages in the amount of $155,000,000.00, or such amount to be proven at trial;

c.  for punitive damages in an amount to be proven at trial; and

d.  for interest, costs of suit, and such other relief as the Court deems just and proper.

III.  On the Third Cause of Action, Plaintiff respectfully requests an order:

a.  restraining and enjoining Roker, Stroud and ASI from the sale, transfer, lease, license or encumbrance affecting the NSM, or any interest therein; that the Plaintiff be awarded judgment for possession of the items of personal property identified as the Simone Materials; and that all court costs be taxed to Roker, Stroud and ASI, jointly and severally; and

b.  that full restitution be made to the Plaintiff by Stroud of all amounts and materials and assets, including the NSM, which they have wrongfully acquired and by which they have been unjustly enriched by

1    their wrongful actions, the precise amount of which will be proved at
     trial;

2

     c.    for the imposition of a constructive trust on all assets ostensibly
3          transferred by the MAA, or any and all NSM in the possession, custody
           or control of Roker; and
4

5    d.    pursuant to the All Writs Act, 28 U.S.C. § 1651, the law of implied
           easements and in the exercise of the Court's general equitable
6          jurisdiction to grant complete relief, Plaintiff is entitled to a judicial
           order requiring Roker, Stroud and ASI to identify and make all such
7          recordings and the NSM available for digital copying and/or non-
           destructive restoration by the Plaintiff.
8

9    e.    for interest, costs of suit, and such other relief as the Court deems
           just and proper.
10

11   IV.   On the Fourth Cause of Action, Plaintiff respectfully requests an

12   an order that Roker and ASI account for all profits, gains and advantages derived

13
     from their acts of conversion and for its other violations of law as well as a full
14

15   accounting of any and all assets ostensibly owned by the Plaintiffs or in the

16   possession, custody or control the Roker and ASI, including any transactions,

17   acquisitions or transfers by Roker and ASI of or relating to Nina Simone;

18   accounting of any and all assets ostensibly transferred to Roker pursuant to MAA,

19
     from Stroud or ASI, and any and all NSM in the possession, custody or control of
20

21   Roker.

22

23

24

25

26

## JURY DEMAND

Plaintiff demands a jury trial.

Dated:     December 2, 2011

Shukat Arrow Hafer Weber & Herbsman, LLP

By: _____
      Dorothy M. Weber*
      *Attorneys for Plaintiff Lisa Simone Kelly, Duly Appointed
      Administrator for the Estate of Nina Simone*

*awaiting admission pro hac vice

# EXHIBIT A

## MUSIC AND ARTIFACT AGREEMENT

**AGREEMENT** made this 1st day of October, 2011, by and between ANDY STROUD, INC., (a corporation organized and existing under the laws of the state of New York) whose address is 5900 Arlington Avenue, Riverdale, New York 10471 ("Seller"), and ICU ENT DIST, (a corporation organized and existing under the laws of the state of California) whose address is 15925 Victory Blvd., Lake Balboa, California 91406 ("Buyer").

### W I T N E S S E T H:

**WHEREAS**, Seller is the sole owner of certain musical compositions, mechanicals, audio tapes, copyrights, films, photographs, correspondence, documents, books and other memorabilia and artifacts pertaining to the artist Eunice Waymon, a/k/a Nina Simone ("Simone"), as authorized in the Separation Agreement dated September 21, 1972, Exhibit A and

**WHEREAS**, Buyer is a company involved in the purchase of musical compositions, mechanicals, audio tapes, copyrights, films, photographs, correspondence, documents, books and other memorabilia and artifacts for their commercial and public exploitation,

**NOW THEREFORE**, it is agreed as follows:

**1. Grant of Rights:**

(a) Seller hereby assigns transfers, sets over and grants to Buyer, in the territory of the Universe, each and every right and interest of every kind, nature and description in

(i) the sound recordings of Simone contained in audio tapes (released and unreleased), digitized cds, discs and dvds all as more specifically listed in the seventeen pages of Exhibit B to this agreement ("Nina Simone Music Track Inventory"), and

(ii) the films, photos, slides and unprinted negatives, correspondence, books and documents all as more specifically listed in Exhibit C to this agreement ("Nina Simone Archives List") (Nina Simone Music Track Inventory and Nina Simone Archives List are collectively referred to as the "Works")

during the term hereof, upon the terms and conditions set forth herein.

1

**2.    Compensation:**

Buyer agrees to pay and Seller agrees to accept for the grant of rights hereunder the following compensation:

(a)    sixty percent (60%) of any and all gross sums received by Buyer (or on behalf of Buyer) from mechanical rights, electronical transcription and reproduction rights, motion picture synchronization and television rights and all other rights therein, including the use thereof in song lyric folios, magazines or any other editions whatsoever derived from the exploitation of the Works for the period of ten (10) years from the date of this agreement ("Initial Term").

(b)    forty percent (40%) of any and all gross sums received by Buyer (or on behalf of Buyer) from mechanical rights, electronical transcription and reproduction rights, motion picture synchronization and television rights and all other rights therein, including the use thereof in song lyric folios, magazines or any other editions whatsoever derived from the exploitation of the Works for the period of ten (10) years from the conclusion of the Initial Term ("Final Term").

(c)    a one time initial nonrefundable payment of one hundred thousand dollars ($100,000.00) upon execution of this agreement.

**3.    Exclusivity, The Works:**

During the term of this agreement, Buyer shall have the sole right to commercially exploit any and all rights now or hereafter existing during the Term by virtue of any common law rights and/or statutory rights in the Works as set forth in Exhibits B and C. However, it is expressly understood and agreed that any and all items on the Nina Simone Disputed Recordings List (Exhibit D) of the Works are the subject of ongoing legal proceedings and said items shall not be considered part of the Works unless and until said legal proceedings result in ownership of said items by The Seller. In such case, said items shall immediately become a part of the Works and be subject to all provisions of this agreement.

**4.    Term:**

The Initial Term shall commence upon the signing of this agreement and continue for a period of ten (10) years. The Final Term shall commence upon the expiration of the Initial Term and continue for a period of ten (10) years thereafter.

**5.    Modifications:**

This agreement may be modified by a further agreement in writing by the parties.

IN WITNESS WEREOF, the parties have hereunto executed this Agreement on the /5ᵗʰ day of October. 2011.

ICU ENT DIST.

By: _____
Name: Wally Roker
Title: President

ANDY STROUD, INC.

By: _____
Name: Andrew B. Stroud
Title: President

ABS122

# *Andy Stroud Inc.*   Nina Simone Inventory

andystroud@earthlink.net

## Audio Tape Box Content List

*[songs in brackets are listed on box but cut from tape and listed elsewhere]

**Bessie Smith (Box #6)** Blues CD concept
> 01. Be My Chauffeur  *[Sugar In My Bowl]
> 02. Do I Move You  *[Gin House Blues]

**Bessie Smith (Box #7)** Blues CD concept
> 03. In The Dark  05. Trouble In Mind
> 04. Tell Me More

**Atlantic City 1953 (Box #8)** in Nina's handwriting (*Nina's First Recording*)
> 06. You Don't Know What Love Is  10. Since My Love Is Gone
> 07. Spring Is Here  11. Lonesome Town
> 08. Near To You  12. Black Is the Color
> 09. Near To You (percussion)  13. Remind Me

**Atlantic City 1953 (Box #9)** in Nina's handwriting (*Nina's First Recording*)
> 14. Porgy (first big hit)  16. Mountain Greenery
> 15. Baubles, Bangles & Beads  17. The Thrill Is Gone (Instrumental)

**Atlantic City 1953 (Box#10)** Master-Sweetened
> 18. Spring Is Here  22. Black Is The Color
> 19. Near To You  23. Remind Me
> 20. Since My Love Is Gone  24. Porgy
> 21. Blue Prelude  25. The Thrill Is Gone (Instrumental)

**Piano Instrumental (Box #11)**
> 26. You'll Never Walk Alone  29. Central Park Blues
> 27. You'd Be So Nice (w/voice)  *[Summertime]
> 28. Vanetihu

**Piano Instrumental (Box #12)**
> *[Nina's Blues]  31. Church Jazz
> 30. The Thrill Is Gone  32. Bye, Bye Blackbird

**Live Club 1 of 4 (Box #16)**
> 33. Lonesome Mountain
> *[Fine & Mellow]
> 34. Church Jazz (Instrumental)

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges. and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use. dissemination distribution, or reproduction of this document is strictly prohibited and may be unlawful. and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**          Nina Simone Inventory          Audio Tape Box Content List
andystroud@earthlink.net

### Live Club 2 of 4 (Box #17)
35. Porgy                    38.Wild Is The Wind
36. Playboy Award            39.Brown Baby
37. I'm In My Sin/Give Me My Gin

### Live Club 3 of 4 (Box #18)
40. Just In Time             42. Ding Song
41. Nobody Wants You

### Live Club 4 of 4 (Box #19)
43. It's Alright With Me      45. I Love To Love
44. Porgy

### Great Performances 1 of 6 (Box #20) [Concept]
*[The Other Woman]         47.Just Say I Love Him
46. Be My Chauffeur         48.Lilac Wine
*[You Can Have Him]        49.For All We Know

### Great Performances 2 of 6 (Box #21) [Concept]
50. Just In Time            *[Rising Sun]
*[Misunderstood]           51.Nobody
*[Ne Me Quitte Pas]

### Great Performances 3 of 6 (Box #22) [Concept]
*[Strange Fruit]           *[When You're Down & Out]
52.Fine & Mellow           *[Wild Is The Wind]
*[Nobody Wants You]        53.Love Me or Leave Me

### Great Performances 4 of 6 (Box #23) [Concept]
*[Porgy]                   55.Sinnerman
54.You've Got To Learn     *[Nobody's Fault But Mine]

### Great Performances 5 of 6 (Box #24) [Concept]
*[Wild Is The Wind]        57.Strange Fruit
56.Nobody Wants You (When You're Down and Out)

### Great Performances 6 of 6 (Box #25) [Concept]
58.Misunderstood           *[Porgy]
59.Ne Me Quitte Pas        61.Nobody's Fault But Mine
60.Rising Sun

This document contains information that is confidential, and may be protected by client privilege or other applicable
privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s)
designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use,
dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not
constitute the waiver of any applicable legal or other privilege.

ABS124

**Andy Stroud Inc.**      Nina Simone Inventory      Audio Tape Box Content List
'andystroud@earthlink.net

### Billie Holiday (original Box #26) [Concept]

| | |
|---|---|
| 62.Strange Fruit | 64.Porgy |
| *Pigfoot (?) | 65.Fine & Mellow |
| 63.Tell Me More | |

### Billie Holiday (original Box #27) [Concept]

| | |
|---|---|
| 66.Love Me or Leave Me | 68.This Year's Kisses |
| 67.Don't Explain | 69.Just In Time |

### Billie Holiday (sweetened Box #28) [Concept]

| | |
|---|---|
| 70.Tell Me More | 74.Don't Explain |
| 71.This Year's Kisses | 75.Pigfoot |
| 72.Strange Fruit | 76.Just In Time |
| 73.Fine & Mellow | 77.Love Me or Leave Me |

### Billie Holiday (sweetened Box #28A) [Concept]

| | |
|---|---|
| 78.Tell Me More | 80.Strange Fruit |
| 79.This Year's Kisses | 81.Fine & Mellow |

### Billie Holiday (sweetened Box #28B) [Concept]

| | |
|---|---|
| 82.Don't Explain | 84.Just In Time |
| 83.Pigfoot | 85.Love Me or Leave Me |

### Blues (Box #30) [Concept]

| | |
|---|---|
| *[In The Dark] | 89.Go To Hell (Devil's Workshop) |
| 86.Sugar In My Bowl | *[Tell Me More] |
| 87.Gin House Blues | *[Blue Skies] |
| 88.I Love My Baby | *[Do I Move You] |

### Town Hall Revisited (Box #31) [Concept]

| | |
|---|---|
| 90.The Other Woman | 93.Summertime (Instrumental) |
| 91.You Can Have Him | 94.Wild Is The Wind |
| 92.Cotton Eyed Joe | 95.Fine & Mellow |

### Protest Project (Box #32) [Anthology Concept]

96.Mississippi
97.Old Jim Crow
98.Backlash Blues
99. I Wish I Knew ... To Be Free

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not constitute the waiver of any applicable legal or other privilege.

*Andy Stroud Inc.*          Nina Simone Inventory          Audio Tape Box Content List
*andystroud@earthlink.net*

### Live At Berkeley (Box #34) [Concept]

| | |
|---|---|
| 100.Ain't Got No/I Got Life | 103.Backlash |
| 101.Four Women | 104.Assignment Song |
| 102.No Opportunity Necessary/ | 105.To Be Young, Gifted & Black |
| No Experience Needed | |

### NS Ray Charles Studio (Box #35) [Recording session 3/18/1968]

| | |
|---|---|
| 106.One More Sunday In Savannah | 110.Zungo |
| 107.I'll Look Around | 111.For All We Know |
| 108.Blues (Instrumental) | 112.Cotton Eyed Joe |
| 109.When I Was In My Prime | 113.Nobody |

### Live Euro Concert (CD #36C) [Soundtrack]

| | |
|---|---|
| 114.Intro-Devil's Workshop | 121.Ne Me Quitte Pas |
| 115.Just In Time | 122.To Love Somebody |
| 116.When I Was a Young Girl | 123.Backlash |
| 117.Misunderstood | 124.Ain't Got No/I Got Life |
| 118.Rising Sun | 125.Give Me My Gin |
| 119.See-Line Woman | 126.I Wish I Knew How It Would Feel |
| 120.Please Read Me | To Be Free |

### Untitled Box #38

| | |
|---|---|
| 127.Mood Indigo | 130.For Myself |
| 128.The Other Woman | 131.Hollis Brown |
| *[Love Me or Leave Me] | *[This Year's Kisses] |
| *[Don't Explain] | 132.Images |
| 129.Little Girl Blue | 133.Nearer Blessed Lord |
| *[Be My Chauffeur] | |

### Untitled Box #39

| | |
|---|---|
| *[In The Morning] | 135.To Love Somebody |
| *[Ain't Got No/Life] | 136.Who Knows Where The Time Goes |
| *[Peace of Mind] | 137.Please Read Me |
| 134.Misunderstood | 138.House of the Rising Sun |

### Untitled Box #40 (not correct sequence)

| | |
|---|---|
| *[Four Women] | 141.Forbidden Fruit |
| 139.Lilac Wine | 142.You Can Have Him |
| *[Trouble In Mind] | 143.Just Say I Love Him |
| 140.Work Song | |

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**　　　　Nina Simone Inventory　　Audio Tape Box Content List
*andystroud@earthlink.net*

## Untitled Box #42
　144. Gin Song (live)

## Untitled Box #43
　145. Young, Gifted & Black

## Interviews & Announcements
　146.(Box #56) WWRL Spot Announcement
　147.(Box #57) Nina Simone Album Giveaway
　148.(Box #58) Nat Hentoff for NS
　149.(Box #59) Interview w/Dick Hubert
　150.(Box #60) Interview @ Village Gate
　151. (Box #80) NS & Del Shields "Night Call"
　152. (Box #81) NS & KCSB Post UCLA Concert

## Box #85:
　153. Gimme a Pig Foot (1:30)

## Amherst & Morehouse Concerts (9 Boxes ¼ inch tape-Soundtrack: 6 songs)

　154. Arr Hartford Airport & NS Amherst Interview (Box A-11:20 min.)
　155. Amherst Concert (Box B-16:30 min.)
　156. Amherst Concert (Box C-16:30 min.)
　157. Amherst 2nd show & NS Atlanta Interview (Box D-16 min.)
　158. Amherst 2nd show (Box E-17 min.)
　159. Amherst 2nd show (Box F-18 min.)
　160. Morehouse Concert (Box G-16 min.)
　161. Morehouse Concert (Box H-17 min.)
　162. NS Atlanta Interview (Box I-3/4 min.)
　*Total: 131.20 minutes*

Please Note: Original 16mm film (no sound) completes this package. Film and soundtrack have been edited, synchronized and mastered with additional 4 songs as background to interviews and slide show and is available for release: *Nina Simone Great Performances-College Concerts and Interviews* (61 minutes) complete with artwork and copyrighted 2007.

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges. and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document please notify the sender. Unauthorized use dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**          Nina Simone Inventory          Audio Tape Box Content List
·andystroud@earthlink.net

**Box #61**
163.You'd Be So Nice To Come Home To (6:30)     166.One Man's Hands  (7:58)
164.Strawberries/Porgy     (9:18)                167. Erets Zavat Halav (3:25)
165.Vanethiu (2:35)                              168.You'll Never   Alone (4:55)

**Box #62**
169.But Beautiful (6:00)            171.Sinnerman  (10:300
170.Forbidden Fruit (8:00)          172.Work Song  (8:50)

**Box #63**  "Great Performances Vol. I"
173.Wild Is The Wind (5:55)              177.Ne Me Quitte Pas (5:10)
174.Nobody Wants You (5:50)              178.House of the Rising Sun (7:30)
175.Strange Fruit (3:26)                 179.Porgy (3:20)
176. Please ... Misunderstood  (3:50)    180.Nobody's Fault (4:05)

**Box #64**  (Ray Charles Studio-March 1968)
181.Peace of Mind
182.Ain't Got No
183.In The Morning

---

*UNRELEASED CATALOG:*
(Note: All "rehearsal" tapes are *UNRELEASED*)

**Nina & Boy Edgar**  (Big Band Rehearsals – Boxes #1 through #3)

Rehearsal (Box #1)
          184.Boy-Nina Chatter          188.Blue Skies
          185.Tell Me More               189.Do I Move You
          186.Day & Night                190.Backlash Blues
          187.See-Line Woman (edited)

Rehearsal (Box #2)
          191. Tell Me More             194. Blue Skies
          192. Day & Night              195. Do I Move You
          193. See-Line Woman

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege.

*Andy Stroud Inc.*       Nina Simone Inventory      Audio Tape Box Content List
*andystroud@earthlink.net*

Rehearsal (Box #3)
    196. Do I Move You
    197. Backlash Blues (w/discussion)

### Live Euro-Concert 1 of 3 (Box #13)
198.A God To Glorify    201.Mr. Bojangles
199.Come By Here, Good Lord    202.Ne Me Quitte Pas
200.African Chant    203.Obeah Woman

### Live Euro-Concert 2 of 3 (Box #14)
204.God, God, God    206.Nina's Chant/Zungo
205.Sugar In My Bowl    207.Gin Song/ Don't Make Me Cry

### Live Euro-Concert 3 of 3 (Box #15)
208.Naturally
209.Music For Lovers
210.Blessed Lord

### Rehearsal Tape (Box #44)
211.Chain Gang Songs 1-14
212.O'the Blood (14-30)

### Rehearsal Tape (Box #45) - Al + Nina prior to 1964 election
213.Classical Piano Instrumental    216.Battle Hymn of The Republic (vocalizing)
214.NS Vocalizing (23rd Psalm)    217.23rd Psalm (vocalizing)
215.Hymn    218.Voice & Piano (The Time Is Now)

### Rehearsal Tape (Box #46)
*[Lord I Don't Understand]    221.Lord I Don't Understand
219.In The Dark (splice)    222. I'll Never Be Free
220.I'm Giving Up This Life (Lisa talking)    223.Lord I Don't Understand

### Rehearsal Tape (Box #47) – Nina Simone
224.Relaxation
225.NS and Male voice w/piano

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege

*Andy Stroud Inc.*
· andystroud@earthlink.net

Nina Simone Inventory

Audio Tape Box Content List

### Rehearsal Tape (Box #48)
226.Tom Thumb Blues T2
227.Tom Thumb Blues T4

228. Suzanne T5
229. Suzanne T6
230. Suzanne T9

### Rehearsal Tape (Box #49)
231.Gal From Joe's
232.Chatter – You Belong To Me
233.Sugar In My Bowl

234.I Got It Bad
235.Do Nothing Till You Hear From Me
236.It Don't Mean A Thing

### Rehearsal Tape (Box #50)
237.Do I Move You
238.Misunderstood
239.Sinnerman

### Rehearsal Tape (Box #51)
240.When I Was In My Prime
241.Old Jim Crow
242.Ain't Nobody's Business
"Rehearsal-talking-Exchanges with musicians-very good"

243.Baby Please Don't Go
244.Blues Medley
245.Trouble In Mind

### Rehearsal Tape (Box #51a) 2 sides * (unable to play 1st side)
2nd side:

246.When I Was In My Prime
247.Old Jim Crow
248.Blues Medley

249.Trouble In Mind
250.Mean & Evil

### Rehearsal Tape (Box #52)
Side I Part 2

251.Home Once More
252.Take It Slow Joe
253.Tell Me More-1
254.Look No Further/Yessir
255.Come Ye

256.Gimme a Pigfoot-1
257.Gimme a Pigfoot-2
258.A Mighty Fortress
259.Tell Me More-2
260.Erets Zavat Halav

This document contains information that is confidential. and may be protected by client privilege or other applicable privileges. and may constitute nonpublic information and trade secrets. It is intended to be conveyed on y to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use. dissemination. distribution. or reproduction of this document is strictly prohibited and may be unlawful. and shall not constitute the waiver of any applicable legal or other privilege

Case3:11-cv-05822-JSW Document1 Filed12/02/11 Page31 of 44

**Andy Stroud Inc.**       Nina Simone Inventory       Audio Tape Box Content List
_andystroud@earthlink.net_

### Rehearsal Tape (Box #53)

Side II – Part 1
      261.Zungo
      262.Gin Song with Montego Joe
      263.Jewish Folk Song
      264.Theme From Sayonara

### Rehearsal Tape (Box #54)

    265.He's My God
    266.Nobody
    267.What A Blessing In Jesus

### Rehearsal Tape (Box #55)

    268.Ne Me Quitte Pas-French Lesson with Mrs. Collier

### Rehearsal Tape (Box #83)

A Side:               B Side:
    269.Do I Move You       272.Four Women
    270.Misunderstood      273.You Can't Hide
    271.Sinnerman          274.I'm On My Way

**Box #84:** Live Concert (_UNRELEASED_)

| 275.To Be Young, Gifted & Black (13:42) | 280.Baltimore (6:12) |
|---|---|
| 276.Rich Girl (3:54) | 281.Ne Me Quitte Pas (6:50) |
| 277.Exactly Like You (6:37) | 282. Nina Rant [Personal |
| 278.Flo-Me-La (4:45) | Problems & Relationships] (24:00) |
| 279.My Way (8:08) | 283. I Was Just A Dog To Them |

**Box #86: Conversations-Nina & Friends w/Swami (50:00 min.** _UNRELEASED_)

    284. Indian Holy Man Swami Swandashram lectures on marriage and personal relations to Nina and a group of friends followed by questions and discussions. The Swami sings 5 East-Indian songs in native language **(45:00)**

    285. Nina and Hazel Scott- impromptu recording-playing piano and singing _"Nobody Wants You When You're Down and Out"_ followed by remarks with Andy joining in. A rare, one of a kind recording with these two jazz legends (Hazel's last recording) **(5:00)**

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. f you are not an intended recipient of this document please notify the sender. Unauthorized use dissemination, distribution or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**     Nina Simone Inventory     Audio Tape Box Content List
andystroud@earthlink.net

## Digitized Inventory List: 13 Discs-141 songs
(multiple titles indicate a Medley)

### CD 1
01. WHY THE KING OF LOVE IS DEAD
02. BACKLASH BLUES
03. DON'T LET ME BE MISUNDERSTOOD
04. SOON WILL BE DONE
05. GOD, GOD, GOD
06. IN THE MORNING
07. NOBODY'S FAULT BUT MINE
08. COMPENSATION

### CD 2
01. MISSING YOU
02. I TELL MYSELF TO LIVE
03. DESPARATE ONES
04. THE BLOOD/DESPARATE ONES
05. FARTHER ALONG
06. MUSIC FOR LOVERS
07. BALLAD OF HOLLIS BROWN
08. IN THE EVENING/AIN'T NO USE
09. GOD, GOD, GOD
10. BEFORE I DIE
11. LOOK OF LOVE
12. NE ME QUITTE PAS
13. YOU'VE GOT TO LEARN
14. DON'T MESS WITH MY MAN
15. USED TO LOVE YOU

### CD 3
01. THE END OF THE LINE
02. STICK TOGETHER
03. STRANGE FRUIT
04. MOON OVER ALABAMA
05. MY CHILDHOODS FADING SONGS/IN MY LIFE/STICK TOGETHER
06. THIS YEARS KISSES
07. PLEASE READ ME
08. PLAIN GOLD RING
09. FOUR WOMEN
10. SAVE ME

This document contains information that is confidential and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege

ABS132

**Andy Stroud Inc.**     Nina Simone Inventory     Audio Tape Box Content List
· andystroud@earthlink.net

CD 4
- 01. REVOLUTION
- 02. AIN'T GOT NO/I GOT LIFE
- 03. BLUE PRELUDE
- 04. NEAR TO YOU
- 05. JUST SAY I LOVE HIM
- 06. NINA TALKS-REHEARSAL ("Don't sound slick")
- 07. HE AIN'T COMING HOME NO MORE
- 08. MY HUSBAND IS A FOOL (FEATURING ANDY STROUD)
- 09. HIGH ON A MOUNTAIN-1
- 10. HIGH ON A MOUNTAIN-2
- 11. OH HAPPY DAY-1
- 12. OH HAPPY DAY CONT-2
- 13. OH HAPPY DAY CONT-3

CD 5
- 01. THE DOG
- 02. IN MY LIFE
- 03. IN THE MORNING
- 04. BACKLASH BLUES
- 05. COMPENSATION
- 06. BORN UNDER A BAD SIGN
- 07. I CAN'T SEE NOBODY
- 08. WHO AM I
- 09. I WISH I KNEW HOW IT FEELS TO BE FREE
- 10. FOUR WOMEN
- 11. SAVE ME
- 12. I SHALL BE RELEASED
- 13. REVOLUTION
- 14. AIN 'T GOT NO/I GOT LIFE
- 15. AIN'T NO RIVER WIDE ENOUGH (with–LISA STROUD in MOUNT VERNON)
- 16. Rehearsal <Gave Me The Gift of Song>

CD 6
- 01. I NEVER CRY
- 02. DON'T LET ME BE MISUNDERSTOOD
- 03. IMAGES
- 04. DON'T SMOKE IN BED
- 05. HE'S GOT THE WHOLE WORLD IN HIS HANDS
- 06. IN THE EVENING
- 07. HE'S GOT THE WHOLE WORLD/IN THE EVENING
- 08. A SINGLE WOMAN/MUSIC FOR LOVERS
- 09. VOLEURS

CD 6a
- 01.TALKING IN DUKOR HOTEL, LIBERIA [45 minute RANT about personal problems and relations in Africa]

This document contains information that is confidential and may be protected by client privilege or other applicable privileges. and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**          Nina Simone Inventory          Audio Tape Box Content List
andystroud@earthlink.net

### Disc 7
01. PLAIN GOLDEN RING
02. JUST IN TIME
03. MISSISSIPPI GODDAMN
04. MY BABY JUST CARES FOR ME
05. BALM IN GILEAD
06. GO TO HELL
07. WHEN I WAS A YOUNG GIRL
08. WESTWIND
09. SAVE ME
10. AIN'T GOT NO/I GOT LIFE

### Disc 8
01. TO BE YOUNG GIFTED AND BLACK
02. MUSIC FOR LOVERS
03. STRANGE FRUIT
04. STUPID DOG
05. MR. BOJANGLES
06. GOD, GOD, GOD
07. STUPID DOG
08. MOSQUITO'S TWEETER
09. NINA's BLUES (INSTRUMENTAL)
10. MISSISSIPPI GODDAMN

### Disc 9 (Live Concert)
01. SEE LINE WOMAN
02. MY BABY JUST CARES FOR ME
03. INTRO MES AMIS/REPRISE MY BABY
04. JUST LIKE A WOMAN
05. MES AMIS EN AFRICA
06. FOUR WOMEN
07. I SING JUST TO KNOW THAT I'M ALIVE
08. I LOVES YOU PORGY
09. TO BE YOUNG GIFTED AND BLACK

### Disc 10
01. TO BE YOUNG GIFTED AND BLACK REPRISE
02. THAT'S ALL I WANT FROM YOU
03. AIN'T GOT NO/I GOT LIFE
04. BLUES FOR MAMA
05. BROWN BABY
06. FOUR WOMAN
07. BALLAD OF HOLLIS BROWN
08. TOMORROW IS MY TURN
09. IMAGES
10. HE NEEDS ME

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI If you are not an intended recipient of this document please notify the sender Unauthorized use dissemination, distribution or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege

**Andy Stroud Inc.**     Nina Simone Inventory     Audio Tape Box Content List
_andystroud@earthlink.net_

Disc 11
    01. THE BLOOD DONE CHANGE MY NAME
    02. SOMEONE TO WATCH OVER ME
    03. BLUE SKIES
    04. BLUE SKIES REPRISE
    05. BLUES/TROUBLE IN MIND
    06. I LOVES YOU PORGY
    07. NE ME QUITTE PAS
    08. MY BABY JUST CARES FOR ME
    09. MY WAY
    10. HE'S GOT THE WHOLE WORLD IN HIS HANDS

Disc 12
    01. ZUNGO
    02. SUGAR IN MY BOWL
    03. SILVER CITY BOUND
    04. NINA's BLUES (INSTRUMENTAL)
    05. EXACTLY LIKE YOU
    06. PIRATE JENNY
    07. DON'T SMOKE IN BED
    08. MY BABY JUST CARES FOR ME
    09. TO BE YOUNG GIFTED AND BLACK
    10. HE'S GOT THE WHOLE WORLD IN HIS HANDS

Disc 13 – Nina Simone Great Performances College Concerts & Interviews [CD Soundtrack]
        **Unreleased**

    01. REVOLUTION
    02. COMPENSATION
    03. BLACK IS THE COLOR [Simone]
    04. BLACK IS THE COLOR [Latimer]
    05. SUZANNE
    06. ASSIGNMEMNT SONG
    07. STRANGE FRUIT
    08. TAKE ME TO THE WATER
    09. TO BE YOUNG, GIFTED & BLACK
    10. MY WAY

This document contains information that is confidential and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege

　
***Andy Stroud Inc.***
_andystroud@earthlink.net_

Nina Simone Inventory

Audio Tape Box Content List

**CURRENT CATALOG DISTRIBUTED ON ALL DIGITAL OUTLETS THROUGH LICENSING AGREEMENT WITH THE ORCHARD** (license expires October 2012. All rights will be transferred to new owners on closing date of purchase). Exception: picture book not under license.

**Total tracks: 94**

*Other Andy Stroud Productions Available ...*

*Hardcopies available on Amazon.com, CD and DVD downloads available online at Amazon.com and i-Tunes*



*Nina Simone Black is the Color Picture Book featuring 26 pages of photographs and qualities of Nina's own words*

**NINA SIMONE**



*Protest Anthology CD a classic compilation of protest songs and interviews*



*Great Performances College Concerts & interviews DVD rare rare footage of Nina performing for college students*



*Nina Simone Gospel CD a collection of classic gospel songs in her distinctive style*



*Nina's comprehensive CD Tribute to Billie Holiday*



*Nina in her First Concert CD featuring live and other performances and songs*



*Family/Friends/Home Concert CDs in featuring compilations of performances by family and friends*

This document contains information that is confidential and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not constitute the waiver of any applicable legal or other privilege.

**ABS136**

*Andy Stroud Inc.*    Nina Simone Inventory    Audio Tape Box Content List
andystroud@earthlink.net

### Nina Simone-Tribute to Billie Holiday

| | |
|---|---|
| 1. Strange Fruit | 3:24 |
| 2. Gimme a Pigfoot | 2:11 |
| 3. This Year's Kisses | 3:01 |
| 4. Fine and Mellow | 5:05 |
| 5. Tell Me More | 3:05 |
| 6. Love Me or Leave Me | 4:03 |
| 7. I Got It Bad and That Ain't Good | 2:37 |
| 8. Do Nothin' Till You Hear From Me | 2:49 |
| 9. It Don't Mean a Thing | 2:18 |
| 10. You Don't Know What Love Is | 4:55 |
| 11. Just In Time | 3:55 |
| 12. Chauffeur | 2:50 |
| 13. I Love You Porgy | 4:02 |
| 14. I Love To Love | 4:36 |

Total time: 49:27

### Nina Simone-Protest Anthology
(artist introduces each song in her own words as to what current events caused her to write/perform each of these songs)

| | |
|---|---|
| 01. Definition of an Artist | ( 3:03) |
| 02. By Any Means Necessary | ( 1:12) |
| 03. Mississippi Goddamn-Interview | ( 1:53) |
| 04. Mississippi Goddamn | ( 4:30) |
| 05. Old Jim Crow-Interview | ( 1:05) |
| 06. Old Jim Crow | ( 2:18) |
| 07. Backlash Blues-Interview | ( 3:32) |
| 08. Backlash Blues | ( 3:06) |
| 09. Four Women-Interview | ( 2:13) |
| 10. Four Women | ( 4:08) |
| 11. Revolution-Interview | ( 1:26) |
| 12. Revolution | ( 4:42) |
| 13. Nobody-Interview | ( 1:25) |
| 14. Nobody | ( 5:07) |
| 15. Andy's Story-To Be Free | ( 1:10) |
| 16. I Wish I Knew How It Would Feel To Be Free | ( 4:53 |
| 17. Strange Fruit-Interview | ( 1:16) |
| 18. Strange Fruit | ( 3:26) |
| 19. Why? The King of Love Is Dead ( 9:18) | |
| 20. To Be Young, Gifted and Black-Interview ( 0:59) | |
| 21. To Be Young, Gifted and Black ( 3:40) | |

Total time: 65:45

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful and shall not constitute the waiver of any applicable legal or other privilege

*Andy Stroud Inc.*          Nina Simone Inventory          Audio Tape Box Content List
andystroud@earthlink.net

### Nina Simone – Gospel

01. I'm On My Way                    ( 7:09)
02. Sinnerman                        ( 3:05)
03. Nobody's Fault But Mine          ( 3:55)
04. He's Got The Whole World         ( 3:10)
05. You Can't Hide                   ( 3:21)
06. A Mighty Fortress [Instrumental]   ( 3:09)
07. The Blood                        ( 2:47)
08. Church Jazz [Instrumental]   ( 7:14)
09. He's My God                      ( 1:08)
10. What a Blessing in Jesus         ( 3:46)
11. Nearer Blessed Lord              ( 4:26)
12. Children Go Where I Send You   ( 7:44)
13. Oh Happy Day                     ( 8:17)
Total Time: 59:34

### Nina Simone–Euro Concert

01. Compensation                     ( 4:47)
02. Please Don't Let Me Be Misunderstood   ( 3:51)
03. Stick Together                   ( 1:46)
04. Strange Fruit                    ( 4:16)
05. Medley: Moon of Alabama/In Our Childhood's Bright Endeavour/In My Life/Stick Together   (10.38)
06. Revolution                       ( 6:26)
07. In My Life                       ( 2:04)
08. In The Morning                   ( 3:35)
09. Born Under a Bad Sign            ( 5:59)
10. I Can't See Nobody               ( 6:08)
11. Who Am I?                        ( 4:29)
12. I Wish I Knew How It Would Feel To Be Free   ( 6:06)
13. Save Me                          ( 3:05)
14. I Shall Be Released              ( 4:43)
15. Ain't Got No/I Got Life          ( 3:59)
16. My Baby Just Cares For Me        ( 5:33)
Total Time: 78:27

### Nina Simone Family/Friends/French Lesson

01. I Never Cry [Nina Simone]        ( 4:08)
02. Exactly Like You [Nina Simone]   ( 6:48)
03. Nobody Wants You When You're Down and Out [Hazel Scott & Nina Simone]   ( 3:40)
04. Bar-B-Q [Friction]               ( 7:55)
05. Love Me With Your Fantasy [Friction]   ( 5:30)
06. Papers Can't Erase The Memories [Friction]   ( 4:40)
07. Baltimore [Nina Simone]   ( 5:49)
08. You've Got To Learn [Nina Simone]        ( 4:44)
09. Misty [Sandra Bashan]            ( 2:46)
10. Whatever Lola Wants [Sandra Bashan]   ( 2:36)
11. Rich Girl [Nina Simone]          ( 4:54)
12. French Lesson [Nina Simone]      ( 4:05)

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not constitute the waiver of any applicable legal or other privilege.

**Andy Stroud Inc.**          Nina Simone Inventory          Audio Tape Box Content List
· andystroud@earthlink.net

Nina Simone Family/Friends/French Lesson (continued)

13. Ne Me Quitte Pas [Nina Simone]   ( 6:06)
14. Amsterdam Jam [Boy Edgar]     ( 4:50)
15. It Don't Mean a Thing [Boy Edgar & Nina Simone]   ( 3:05)
Total Time: 71 minutes

## DVD – Nina Simone Great Performances College Concerts & Interviews
See 9 Boxes: #154-#162 re: total content songs and interviews (131:20)

01. Interview
02. Revolution
03. Airport arrival scenes with Compensation
04. Black is the Color [Simone]
05. Black Is The Color [Latimer]
06. Ain't Got No/I Got Life
07. Suzanne
08. Interview
09. Assignment Song
10. Interview
11. Strange Fruit
12. Take Me To The Water
13. To Be Young, Gifted and Black
14. Interview
15. Nina Slide Show with My Way [sung by Nina]

DVD Running Time: 61 minutes

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not constitute the waiver of any applicable legal or other privilege

ABS139

# ANDY STROUD, INC.

*andystroud@earthlink.net*

**Nina Simone Archives List:**

### 1. Audio Tapes

- 300+ recordings of performances, unusual & some never released. Several unreleased live concerts & unreleased rehearsal tapes–Nina & Hazel Scott sing/play together – French Lesson, (Nina & French teacher).
- Live Interviews (4 hours) – Conversations 1 hr. (Nina & friends with Swami Swandashram) Swami sings 5 songs in native language.
- 2 cassettes (1) a 25 minute artist rant on personal opinions. (2) a 45 minute artist rant on several love affairs and experiences in several African countries.

### 2. Films - (descriptive narrative available for each film listed below)

- 8mm "Home Movies" 1961-68 (2 hours-filmed in several countries on 3 continents with celebrities: Malcolm X's wife and 6 daughters, Hazel Scott, Odetta and our daughter Lisa, (a/k/a/ Simone, currently a successful recording artist).
- 1968 College Concerts & Interviews (61 minutes)
- Film performance "Revolution" (5 min)

### 3. Photos & Slides & Unprinted Negs (some with artist autograph)

- Professional
- Home & Family
- With Staff
- Celebrities
- Performances
- Fashion
- Recording
- Tributes

### 4. Correspondence & Diary

- 300+ letters and notes (1961-1984)
All of which are handwritten, most addressed to Andy; some signed and dated covering a wide scope of positive and negative emotions; personal marital relations; disappointments, complaints, aspirations, threats of suicide, dreams, terrorist leanings against society, racial relations, bisexuality, free love and much more.
- Many related comments, stories and anecdotes explaining the *why* and *wherefore*.

### 5. Documents etc.

- Itineraries
- News Clippings
- Concert Programs
- Contracts
- Press Releases
- Posters (Domestic & Foreign)

This document contains information that is confidential, and may be protected by client privilege or other applicable privileges, and may constitute nonpublic information and trade secrets. It is intended to be conveyed only to recipient(s) designated by ASI. If you are not an intended recipient of this document, please notify the sender. Unauthorized use, dissemination, distribution, or reproduction of this document is strictly prohibited and may be unlawful, and shall not constitute the waiver of any applicable legal or other privilege.

## **Nina Simone DISPUTED RECORDINGS LIST**

1. Do Nothing Till You Hear from Me
2. I Got It Bad And That Ain't Good
3. Hey Buddy Bolden
4. Something to Live For
5. You Better Know It
6. Like the Sunrise
7. Solitude
8. The Gal From Joe's
9. Satin Doll
10. It Don't Mean a Thing If It Ain't Got That Swing
11. Black is The Color
12. Since My Love is Gone
13. Blue Prelude
14. Spring is Here
15. I Loves You Porgy
16. When I was a Young Girl
17. Near to You
18. The Thrill is Gone
19. Little Liza Jane
20. Here Comes the Sun
21. My Way
22. Fine and Mellow
23. Nina's Blues
24. Work Song
25. Angel of Morning
26. Ain't Got No/I Got Life
27. You Can Have Him (I Don't Want Him)
28. Peace of Mind
29. Don't Take All Night
30. Four Women
31. No Opportunity Necessary/No Experience Needed
32. Summertime
33. How Long Must I Wander
34. Please Read Me
35. Wild Is The Wind
36. Trouble In Mind
37. After You've Gone
38. Nobody
39. I Want a Little Sugar In My Bowl
40. Ne Me Quitte Pas
41. Don't Let Me Be Misunderstood
42. Just In Time

43. See-Line Woman
44. House of The Rising Sun
45. Remind Me
46. Gin House Blues
47. Backlash Blues
48. Assignment Song
49. To Be Young, Gifted and Black
50. Ain't No Use
51. How Can I Make Him Love Me
52. I Am Blessed
53. Laziest Gal In Town
54. For All We Know
55. Night Song
56. That's All I Want From You
57. Cotton Eyed Joe
58. I Wish I Knew How It Would Feel To Be Free
59. But Beautiful
60. Tell Me More and More and Then Some
61. This Year's Kisses
62. Strange Fruit
63. Don't Explain
64. Pigfoot and a Bottle of Beer
65. Love Me or Leave Me
66. The Other Woman
67. Devil's Workshop
68. The Way I Love You
69. Life
70. One More Sunday In Savannah
71. I'll Look Around
72. Blues
73. When I Was In My Prime
74. Zungo
75. Nobody Wants You
76. I Love To Love
77. Ding Song
78. I Love My Baby
79. Sinnerman
80. Pirate Jenny
81. For A While
82. You Took My Teeth
83. Do What You Got To D0
84. Mississippi Goddamn
85. I Sing Just to Know That I'm Alive
86. My Baby Just Cares For Me
87. It's Cold Out Here
88. Fodder on Her Wings

89. Touching and Caring
90. Saratoga
91. You Must Have Another Lover
92. Flo-Me-La
93. I'm Blue
94. In The Evening By Moonlight
95. He Was Too Good To Me
96. Children Go Where I Send You
97. Buzzin'
98. Ya Betcha'
99. Lovin' Woman
100. Baubles, Bangles, Beads
101. Bouncin' Back Pepper Pie
102. Rug Cutter
103. Black Swan
104. Twelfth of Never
105. Will I Find My Love Today
106. Samson and Delilah
107. You'd Be So Nice To Come Home To
108. If He Changed My Name
109. Day and Night
110. Fine and Mellow [Box SP70-502A]
111. No Opportunity Necessary/No Experience Needed [10/17/69 Berkeley]
112. Four Women [10/17/69 Berkeley]
113. Backlash Blues [10/17/69 Berkeley]
114. Ain't Got No/I Got Life [10/17/69 Berkeley]
115. Mississippi Goddamn (Cellar Door, Washington DC]
116. Spring Is Here [WR4S0909 Stereo]
117. Near To You [WR4S0909 Stereo]
118. Since My Love Has Gone [WR4S0909 Stereo]
119. Blue Prelude [WR4S0909 Stereo]
120. I Loves You Porgy [WR4S0909 Stereo]
121. House of The Rising Sun [WO263A Mono]
122. See-Line Woman [WO263A Mono]
123. Life [WO263A Mono]
124. Just In Time [WO263B Mono]
125. When I Was a Young Girl [WO263B Mono]
126. Backlash Blues [WO263B Mono]
127. One More Sunday In Savannah [W4RM0786-1]
128. I'll Look Around [W4RM0786-1]
129. Nina's Blues [W4RM0786-1]
130. When I Was In My Prime [W4RM0786-1]
131. Zungo [W4RM0786-1]
132. For All We Know [W4RM0787-1]
133. But Beautiful [W4RM0787-1]
134. Nobody [W4RM0787-1]

ABS143

135.   Gin Song [SP70-501D]
136.   Lonesome Mountain [SP70-502A]
137.   Church Jazz [SP70-502A]
138.   Plain Gold Ring [SP70-504E]
139.   October/67 Las Vegas Radio Station Interview
140.   1/24/67 WRVR-fm New York City, Interview
141.   5/6/69 Del Shields Interview
142.   11/68 KCSB-fm Interview
143.   The Assignment Song [10/17/69 Berkeley]
144.   In The Morning [WO263A Mono]
145.   Go To Hell [WO263B Mono]
146.   Please Don't Let Me Be Misunderstood [WO263B Mono]
147.   Ne Me Quitte Pas [WO263B Mono]
148.   To Love Somebody [WO263B Mono]
149.   Anytime, Anywhere – Gospel Album
150.   Sunday In Savannah – Gospel Album
151.   You Can't Hide – Gospel Album
152.   To Be Young, Gifted and Black (a second recording) – Gospel Album
153.   Tell Me More and More and Then Some – Nina Simone Sings Billlie Holiday
154.   This Year's Kisses - Nina Simone Sings Billlie Holiday
155.   Strange Fruit - Nina Simone Sings Billlie Holiday
156.   Fine and Mellow - Nina Simone Sings Billlie Holiday
157.   Don't Explain - Nina Simone Sings Billlie Holiday
158.   Just In Tine - Nina Simone Sings Billlie Holiday
159.   Gimme a Pigfoot (and a Bottle of Beer) - Nina Simone Sings Billlie Holiday
160.   Love Me or Leave Me   Nina Simone Sings Billlie Holiday
161.   Remind Me [WR4S0909 Stereo]