Pursuant to Local Rule 3-4(a)(1)
Please see the last page for a
listing of parties represented

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

LISA SIMONE KELLY, as the duly appointed Administrator of the Estate of Nina Simone,

    *Plaintiff,*

vs.

WALLY ROKER, *et al.,*

    *Defendants,*

ANDY STROUD, INC.

    *Counterclaimant,*

vs.

LISA SIMONE KELLY, as the duly appointed Administrator of the Estate of Nina Simone

    *Counter-defendant.*

CIVIL NO. Cv. 11-5822 JSW

STIPULATION **AND ORDER AS MODIFIED HEREIN**

**Date: March 16, 2012
Time: 9:00 a.m.
Judge: Hon. Jeffrey S. White**

    IT IS HEREBY STIPULATED and agreed to by and between the Plaintiff, Lisa Simone Kelly, duly appointed administrator of the Estate of Nina Simone, and the attorneys for the Defendants, Andrew B. Stroud and Andy Stroud, Inc., as follows:

    1.    That Shukat Arrow Hafer Weber & Herbsman, LLP, counsel for the Plaintiff, may appear in connection with the Defendants' Motion to Disqualify (*Dckt.* 14) and the Plaintiff's Motion to Dismiss (*Dckt.* 15) scheduled to be heard in this matter on March 16,

Stipulation - 1

2012, or at any date and time that such appearance and/or argument may be adjourned or rescheduled by this Court, via telephone.

Dated: New York, New York
February 15, 2012

METHVEN & ASSOCIATES

By: _____
Melissa Newel, Esq. (Bar No. 148563)
2232 Sixth Street
Berkeley, CA 94710
(510) 649-4019
*Attorneys for Defendants:*
*Andrew B. Stroud and Andy Stroud, Inc.*

Counsel shall file a notice with the Court designating a landline at which she may be reached for the hearing. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

SHUKAT ARROW HAFER WEBER
& HERBSMAN, LLP

By: _____
Dorothy M. Weber, Esq.
111 West 57th St, Suite 1120
New York, New York 10019
(212) 245-4580
*Attorneys for Plaintiff Lisa Simone Kelly, duly appointed administrator of the Estate of Nina Simone*

February 16, 2012

SO ORDERED:

_____
Honorable Jeffrey S. White
United States District Judge

**The Court notes that the Stipulation and Proposed Order and the Motion for Administrative Relief are redundant. In the future, the Court requests that the parties file *either* a Stipulation and Proposed Order *or* a motion for administrative relief, and if such a motion is not opposed, the parties shall include that information in the motion. If the Court decides that a Stipulation and Proposed Order should not be granted, it will issue an Order to that effect.**

* Admitted *pro hac vice.*

Stipulation - 2