IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA SIMONE KELLY,

    Plaintiff,

v.

WALLY ROKER, et al.,

    Defendants.
    /

No. C 11-05822 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

    Now before the Court for consideration is the motion to dismiss filed by Plaintiff Lisa Simone Kelly. The Court finds the motion suitable for disposition without oral argument and HEREBY VACATES the hearing scheduled for March 16, 2012. The matter is under submission, and the Court shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: March 12, 2012

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE