Reset Form

1

2                    **UNITED STATES DISTRICT COURT**

3                    **NORTHERN DISTRICT OF CALIFORNIA**

4    LISA SIMONE KELLY, et al.,                )
                                               )  Case No: C 11-05822 JSW
5                         Plaintiff(s),         )
                                               )  **APPLICATION FOR**
6         v.                                    )  **ADMISSION OF ATTORNEY**
                                               )  **PRO HAC VICE**
7    WALLY ROKER, et al.,                       )  (CIVIL LOCAL RULE 11-3)
                                               )
8                         Defendant(s).         )
                                               )

9        I, W. Charles Robinson _____, an active member in good standing of the bar of
the State of New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the
10   Northern District of California representing: SCARLETT P. STROUD _____ in the
above-entitled action. My local co-counsel in this case is Jason D. Annigian _____, an
11   attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.
12

13   | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
     |---|---|
14   | 820 Second Avenue, Ste. 7B<br>New York, N.Y. 10017 | 114 N. Indian Hill Blvd., St. E<br>Claremont, CA 91711 |
     | MY TELEPHONE # OF RECORD:<br>(212) 286-0423 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(909) 981-9340 |
15   | MY EMAIL ADDRESS OF RECORD:<br>wcr@crobinsonllc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jason@annigian-law.com |
16

17       I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1390178 _____.

18       A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19       I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20   Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

21       *I declare under penalty of perjury that the foregoing is true and correct.*

     Dated: 01/31/13
22                                                      W. Charles Robinson
                                                            APPLICANT

23   ══════════════════════════════════════════════════════════════════
                          **ORDER GRANTING APPLICATION**
24                  **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25       IT IS HEREBY ORDERED THAT the application of W. Charles Robinson _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26   appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27   designated in the application will constitute notice to the party.

28   Dated: March 7, 2013

                                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*